**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 15-CR-95 (KBJ)** |
| | : | |
| **v.** | : | |
| | : | |
| **DANIEL SAVAGE** | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby informs the Court that Assistant United States Attorney Andrea Hertzfeld is

entering her appearance in the above-captioned matter in substitution for Assistant United States

Attorney Lindsay Suttenberg.

Respectfully submitted,

VINCENT H. COHEN, JR.
United States Attorney
D.C. Bar No. 471489

By:     __/s/_____
ANDREA LYNN HERTZFELD
Assistant United States Attorney
D.C. Bar No. 494059
(202) 252-7808
Andrea.hertzfeld@usdoj.gov

555 Fourth Street, N.W.
Washington, D.C. 20001