CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 3 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.   CRIMINAL CASE NO. 15-095 (KBJ)

DANIEL JASON SAVAGE

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:
_____
Assistant United States Attorney

Approved:
_____   Date: 9/3/15
Ketanji B. Jackson, U.S. District Court Judge