UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 3 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.                                                             Criminal Case No. 15-95 (KBJ)

DANIEL JASON SAVAGE

## WAIVER OF INDICTMENT

I, <u>Daniel Savage</u> the above-name defendant, who is accused of

**18:2423(b); Travel with Intent to Engage in Illicit Sexual Conduct.**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **September 3, 2015**, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____          Date: 9/3/15
Ketanji B. Jackson, U.S. District Court Judge