**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 15-cr-0095 (KBJ) |
| ) | |
| DANILE SAVAGE, ) | |
| ) | |
| Defendant. ) | |

## SENTENCING SCHEDULING ORDER

On September 3, 2015, the defendant entered a guilty plea, which the Court accepted as knowing and voluntary. In accordance with the oral representations of the Court made during the plea hearing, it is hereby

**ORDERED** that the sentencing hearing in this case will occur on **Monday, November 16, 2015**, **at 2:30 PM in Courtroom 17**. It is

**FURTHER ORDERED** that the parties file any memoranda in aid of sentencing with the Court by **Monday, November 2, 2015**. Any responses thereto shall be filed by **Monday, November 9, 2015**. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

Date: September 3, 2015

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge