# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                )
                                )
UNITED STATES OF AMERICA         )
                                )
                                )
         v.                      )      Criminal No. 15-CR-95 (KBJ)
                                )
DANIEL SAVAGE,                   )
                                )
              Defendant.         )
                                )
_____ )

## NOTICE OF CONSIDERATION OF SENTENCING STATISTICS

In connection with the defendant's sentencing, this Court has considered the following statistics that the United States Sentencing Commission has provided in response to a request for data regarding the sentences relative to the guideline range for offenders who were sentenced nationwide in the past three years under USSG §2G1.3(a)(4), who were convicted under 18 U.S.C. § 2423(b), who had a final offense level of either 21 or 23 (after a reduction for acceptance of responsibility), and who were in Criminal History Category I.

The USSC reported the following:

- Offense Level 21, Criminal History Category I

  - # of offenders sentenced in past three years: 2 (both in D.C.)

  - Lowest and highest sentences imposed; average sentence: N/A[1]

- Offense Level 23, Criminal History Category I

  - # of offenders sentenced in past three years: 23

---

[1] The USSC does not report this sentence information for offender groups smaller than three. However, the two offenders represented here "were sentenced below the applicable guideline range of 37–46 months."

- # of 2014 offenders: 6 (0 sentenced in D.C.)

  - Lowest sentence imposed: 30 months

  - Highest sentence imposed: 56 months

  - Average sentence: 45 months

- # of 2013 offenders: 8 (2 sentenced in D.C.)[2]

  - Lowest sentence imposed: 18 months

  - Highest sentence imposed: 87 months

  - Average sentence: 44 months

- # of 2012 offenders: 9 (0 sentenced in D.C.)

  - Lowest sentence imposed: 7 months

  - Highest sentence imposed: 54 months

  - Average sentence: 39 months

Date:  November 13, 2015

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge

---

[2] The USSC disclosed that the two D.C. offenders whose sentences are included in the overall sentence average received sentences "slightly below" the national average.